STATE OF NEW JERSEY v. RAYMOND KELLY.

July 7, 1971. Petition for certfiication granted. (See 113 *N. J. Super.* 169)

STATE OF NEW JERSEY v. JACK HEINZ THUGUT.

July 7, 1971. Petition for certification denied.

JOHN BEXIGA, JR., *ETC.*, *ET AL.* v.
HAVIR MANUFACTURING CORP.

July 7, 1971. Petition for certification granted. (See 114 *N. J. Super.* 397)

STATE OF NEW JERSEY v. CHARLES COLEMAN.

July 7, 1971. Petition for certification denied.

AEREON CORPORATION v. REMMERT-WERNER, INC.
OF TRENTON.

July 7, 1971. Petition for certification denied.

NELLEY LEVON v. GIBSON-THOMSEN COMPANY, INC.

July 7, 1971. Petition for certification denied.